

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HUNG QUOC LY<br><br>        Defendant. | 2:96-CR-0085-LDG-BNW |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#), sentencing held on March 25, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: MGM GRAND HOTEL AND CASINO
    Amount of Restitution: $180,720.00

    Name of Payee: SHERATON DESERT INN HOTEL AND CASINO
    Amount of Restitution: $412,050.00

    Name of Payee: LAS VEGAS HILTON HOTEL AND CASINO
    Amount of Restitution: $175,350.00

**Total Amount of Restitution ordered: $768,120.00****
****Joint and Several with co-defendants

Dated this __13__ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE